UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | | |
|---|---|---|---|
| EDWARD L. SCARFF et. al., | ) | Case Nos.: | C 03-3394 JF/PVT |
| | ) | | C 03-4829 JF/PVT |
| Plaintiff, | ) | | C 03-5871 JF/PVT |
| v. | ) | **ORDER CONTINUING HEARING** | |
| | ) | **ON MOTION TO COMPEL** | |
| WELLS FARGO BANK, N.A., et. al., | ) | **INTERROGATORY RESPONSES** | |
| Defendants. | ) | | |

On October 4, 2005, the parties appeared before Magistrate Judge Patricia V. Trumbull for hearing on Defendants' motion to compel interrogatory responses.[1] Based on the briefs and arguments presented,

IT IS HEREBY ORDERED that the hearing on this motion is continued to 10:00a.m. on Tuesday, October 11, 2005, whereupon the parties are required to come back after substantial meet and confer in view of the fact that discovery in these cases after the discovery cut-off deadline is in such disarray.

Dated: October 4, 2005

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*