UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD L. SCARFF et. al., <br><br>          Plaintiff, <br><br>     v. <br><br> WELLS FARGO BANK, N.A., et. al., <br><br>          Defendants. | Case Nos.:   C 03-3394 JF/PVT <br>                    C 03-4829 JF/PVT <br>                    C 03-5871 JF/PVT <br><br> **ORDER RE PROPOSED FORM OF PROTECTIVE ORDER** |

Having reviewed the Stipulated Protective Order, filed in the above actions on September 20, 2005,

IT IS HEREBY ORDERED that the Stipulated Protective Order, filed on September 20, 2005, along with the modifications set forth below, be in effect until the parties submit, and the court enters, a revised form of protective order in conformity with the modifications set forth below.

IT IS FURTHER ORDERED that the revised form of protective order shall include a provision designating materials "Confidential - Attorneys Eyes Only," and Paragraph 2.7(a), entitled "2003 Protective Order," shall be revised to provide that all materials designated under the 2003 Protective Order shall retain the same designation under this protective order unless and until the designation is changed either by written agreement of the designating party or order of the court.

1    IT IS FURTHER ORDERED that the revised form of protective order at Paragraph 2.3 shall conform exactly to the model language in the model form of Stipulated Protective Order located in the forms section of the court's website.

IT IS FURTHER ORDERED that the paragraph beginning at page four, line twenty-five and ending at page five, line two of the Stipulated Protective Order filed on September 20, 2005 shall be deleted from the revised form of protective order.

IT IS FURTHER ORDERED that the sentence beginning at page ten, line eight of the Stipulated Protective Order filed on September 20, 2005 shall be amended in the revised form of protective order to read as follows: "In the event that any Protected Material is used in any court proceeding in this action, it shall not lose its confidential status through such use so long as the Party using such shall take all reasonable steps to maintain its confidentiality during such use."

Dated: October 4, 2005

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge