1  JOSEPH N. DEMKO (State Bar #113104)
   JENNIFER COLEMAN (State Bar # 213210)
2  JEFFER, MANGELS, BUTLER & MARMARO LLP
   Two Embarcadero Center, Fifth Floor
3  San Francisco, CA  94111-3824
   Telephone:  (415) 398-8080
4  Facsimile:  (415) 398-5584

5  Attorneys for Defendant
   WELLS FARGO BANK, N.A.
6

7  JONATHAN R. BASS (State Bar #075779)        **E-filed 10/24/05**
   SUSAN K. JAMISON (State Bar #131867)
8  A. MARISA CHUN (State Bar # 160351)
   REBECCA M. ARCHER (State Bar #202743)
9  COBLENTZ, PATCH, DUFFY & BASS, LLP
   One Ferry Building, Suite 200
10 San Francisco, California 94111
   Telephone:  (415) 391-4800
11 Facsimile:  (415) 989-1663

12 Attorneys for Defendants
   WELLS FARGO BANK, N.A, INTUIT, INC., COMPUTING
13 RESOURCES, INC., LISA CICCOTTI and CAROL BARBER

   UNITED STATES DISTRICT COURT
14
   NORTHERN DISTRICT OF CALIFORNIA
15
   SAN JOSE DIVISION
16

17 EDWARD L. SCARFF, an individual;      Case Nos.    C03 03394 JF/PVT
   NANCY V. SCARFF, an individual;                    C03 04829 JF/PVT
18 SCARFF, SEARS & ASSOCIATES, a                      C03 05871 JF/PVT
   California partnership; and PENTOGA
19 PARTNERS, a California partnership    **STIPULATION AND ORDER TO
                                         EXTEND TIME TO FILE REPLY TO
20            Plaintiffs,                OPPOSITION TO INTUIT INC.'S,
                                         COMPUTING RESOURCES, INC.'S, LISA
21       vs.                             CICCOTTI'S, WELLS FARGO BANK
                                         N.A.'S AND CAROL BARBER'S
22 WELLS FARGO BANK, N.A.;               MOTIONS FOR SUMMARY JUDGMENT
   COMERICA BANK; BANK OF AMERICA
23 CORP.; COMPUTING RESOURCES, INC.;
   INTUIT INC.; KELLY HVEGHOLM, an
24 individual; CAROL BARBER, an
   individual; JOAN BURTZEL, an individual;
25 LISA CICCOTTI, an individual; and
   CAROL HUANG, an individual;
26
              Defendants.
27 ─────────────────────────────────────
   AND RELATED CLAIMS.
28

COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200, San Francisco, CA 94111-4213
(415) 391-4800 • FAX (415) 989-1663

Defendants Intuit Inc., Computing Resources, Inc., Lisa Ciccotti, Wells Fargo Bank, N.A., and Carol Barber, and plaintiffs, Edward Scarff, Nancy Scarff, Scarff, Sears & Associates and Pentoga Partners, by and through their attorneys of record, hereby stipulate to extend the time for defendants to file and serve their reply to opposition to defendants' motions for summary judgment up to and including November 29, 2005.

Dated:  October 21, 2005                    COTCHETT, PITRE, SIMON & McCARTHY


By:   /s/
      PHILIP L. GREGORY
      Attorneys for EDWARD SCARFF, NANCY
      SCARFF, SCARFF, SEARS & ASSOCIATES,
      and PENTOGA PARTNERS


Dated:  October 21, 2005                    COBLENTZ, PATCH, DUFFY & BASS, LLP


By:   /s/
      JONATHAN R. BASS
      Attorneys for WELLS FARGO BANK, INTUIT
      INC., COMPUTING RESOURCES, INC.
      CAROL BARBER and LISA CICCOTTI

STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO OPPOSITION
TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

13007v1

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CA 94111-4213
(415) 391-4800 • FAX (415) 989-1663

ORDER

      Pursuant to the stipulation of counsel, and for good cause appearing, it is hereby ordered that defendants may have until November 29, 2005 to file any reply to opposition to defendants' motions for summary judgment in the above-referenced matter.

10/24/05

/s/electronic signature authorized
_____
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO OPPOSITION
TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CA 94111-4213
(415) 391-4800 • FAX (415) 989-1663

13007v1