UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD L. SCARFF et. al.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A., et. al.,<br><br>　　　　　Defendants. | Case Nos.:　C 03-3394 JF/PVT<br>　　　　　　　C 03-4829 JF/PVT<br><br>**ORDER RE STIPULATION RE ADDITIONAL TIME FOR DEPOSITION OF PLAINTIFF EDWARD L. SCARFF** |

　　　　Pursuant to the Stipulation Re: Additional Time for Deposition of Edward L. Scarff filed on October 31, 2005,

　　　　IT IS HEREBY ORDERED that relief from the discovery cut-off deadline is GRANTED solely for the purpose of taking Edward L. Scarff's deposition, both in his individual capacity and as a Rule 30(b)(6) designee for Scarff, Sears & Associates and Pentoga Partners.

　　　　IT IS SO ORDERED.

Dated: November 1, 2005

　　　　　　　　　　　　　　　　　　　　　　／s／ Patricia V. Trumbull
　　　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge