1  FRANK M. PITRE (SBN 100077)
   PHILIP L. GREGORY (SBN 95217)
2  **COTCHETT, PITRE, SIMON & McCARTHY**              **\*\*E-filed 11/21/05\*\***
   San Francisco Airport Office Center
3  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
4  Telephone: (650) 697-6000

5  Attorneys for All Plaintiffs

6

7                    **UNITED STATES DISTRICT COURT**

8                   **NORTHERN DISTRICT OF CALIFORNIA**

9                          **SAN JOSE DIVISION**

10
   EDWARD L. SCARFF, an individual;           ) Case numbers C 03-03394 JF (PVT)
11 NANCY SCARFF, an individual; SCARFF,       )              C 03-04829 JF (PVT)
   SEARS & ASSOCIATES, a California           )
12 partnership; and PENTOGA PARTNERS, a       )
   California partnership,                     ) **STIPULATION AND [PROPOSED]**
13                                             ) **ORDER RE BRIEFING SCHEDULING**
                     Plaintiffs,              ) **FOR MOTION FOR SUMMARY**
14         v.                                  ) **JUDGMENT OF DEFENDANT**
                                               ) **HVEGHOLM**
15 WELLS FARGO BANK, N.A.; COMERICA )
   BANK, a Michigan corporation; BANK OF      )
16 AMERICA, N.A.; FIDELITY NATIONAL           )
   TITLE CO.; COMPUTING RESOURCES,            )
17 INC., a Nevada corporation; INTUIT INC., a )
   Delaware corporation; KELLY HVEGHOLM,)
18 an individual; CAROL BARBER, an            )
   individual; JOAN BURTZEL, an individual;   )
19 LISA CICCOTTI, an individual; and CAROL    )
   HUANG, an individual,                      )
20                                             )
                     Defendants.              )
21 |_____|

22

23

24

25

26

27

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

---

**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULING FOR MOTION FOR SUMMARY JUDGMENT OF DEFENDANT HVEGHOLM**

1    WHEREAS, Defendant Kelly Hvegholm, by and through her counsel of record, William A.

2  Gavin of Gavin & Cunningham, and Plaintiffs Edward L. Scarff, Scarff, Sears & Associates,

3  and Pentoga Partners, by and through their counsel of record, Philip L. Gregory of Cotchett, Pitre,

4  Simon & McCarthy, met and conferred on November 18, 2005, and agreed to extend the briefing

5  schedule on Defendant Hvegholm's motions for summary judgment.

6    THE PARTIES HEREBY STIPULATE AND AGREE, SUBJECT TO COURT

7  APPROVAL, AS FOLLOWS:

8    1.    The last date to file and serve any opposition to Defendant Hvegholm's motion for

9        summary judgment shall be November 21, 2005;

10   2.    The last date to file and serve any reply brief in support of Defendant Hvegholm's

11        motion for summary judgment shall be November 29, 2005.

12  SO STIPULATED.

13

14  Dated: November 18, 2005:              COTCHETT, PITRE, SIMON & McCARTHY

15

16                                   _____/s/_____

17                                   BY:   PHILIP L. GREGORY
                                          Attorneys for Plaintiffs Edward L. Scarff,
                                          Nancy Scarff, Scarff Sears & Associates,
18                                        and Pentoga Partners

19

20  Dated: November 18, 2005:              GAVIN & CUNNINGHAM

21

22

23                                   _____
                                     BY:   WILLIAM A. GAVIN
                                          Attorneys for Defendant Kelly Hvegholm
24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULING FOR MOTION FOR SUMMARY JUDGMENT OF DEFENDANT HVEGHOLM

1

## **ORDER**

2        Pursuant to the Stipulation of the parties, and for good cause shown, the Court approves the

3    agreed-upon briefing schedule as follows:

4        1.    The last date to file and serve any opposition to Defendant Hvegholm's motion for

5              summary judgment shall be November 21, 2005;

6        2.    The last date to file and serve any reply brief in support of Defendant Hvegholm's

7              motion for summary judgment shall be November 29, 2005.
          3. The hearing on this motion is rescheduled to be heard on Jan. 6, 2006 at 9:00 AM.
8         IT IS SO ORDERED.

9

10   Dated: November __21__, 2005:          /s/electronic signature authorized
                                           _____
                                                    JEREMY FOGEL
11                                            United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

---

**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULING FOR MOTION FOR SUMMARY JUDGMENT OF DEFENDANT HVEGHOLM**