William H. Gavin, Esq. SBI 099695
Alan F. Hunter, Esq. SBI 099805
**GAVIN & CUNNINGHAM**
1530 The Alameda, Suite 210
San Jose, California 95126
Telephone: 408/294-8500
Telefax:    408/294-8596

**E-filed 12/1/05**

Attorneys for Defendant Kelly Hvegholm

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

EDWARD L. SCARFF, an individual; NANCY V. SCARFF, an individual; SCARFF, SEARS & ASSOCIATES, a California partnership; and PENTOGA PARTNERS, a California partnership,

   Plaintiffs,

vs.

WELLS FARGO BANK, N.A.; COMERICA BANK; BANK OF AMERICA CORP.; et al.,

   Defendants.

Case Number: C03-03394-JF (PVT)
Case Number: C03-04829-JF (PVT)
Case Number: C03-05871-JF (HRL)

[~~PROPOSED~~] ORDER RE: BRIEFIING SCHEDULE AND EXTENSION OF TIME FOR REPLY OF DEFENDANT HVEGHOLM TO MOTION FOR SUMMARY JUDGMENT OPPOSITION

Date of Motion: January 6, 2006
Time:                9:00 a.m.

## ORDER

Pursuant to the Stipulation of the parties, and for good cause shown, the Court approves the agreed-upon modification of the briefing schedule as follows:

   1.   The last date to file and serve any reply brief in Support of Defendant Hvegholm's Motion for Summary Judgment shall be December 5, 2005.

IT IS SO ORDERED.

Dated: November 28, 2005
       12/1/05

/s/electronic signature authorized
_____
HON. JEREMY FOGEL
U.S. District Court Judge

DEF. HVEGHOLM'S STIP RE: EXTENSION TO FILE REPLY BRIEF -- 1