| | |
|---|---|
| 1 | William S. Klein (State Bar No. 121792)<br>John W. Easterbrook (State Bar No. 173890) |
| 2 | Dori L. Yob (State Bar No. 227364)<br>HOPKINS & CARLEY |
| 3 | A Law Corporation<br>The Letitia Building |
| 4 | 70 South First Street<br>San Jose, CA  95113-2406 |
| 5 | |
| 6 | *mailing address:*<br>P.O. Box 1469 |
| 7 | San Jose, CA 95109-1469<br>Telephone:     (408) 286-9800 |
| | Facsimile:      (408) 998-4790 |
| 8 | |
| 9 | Attorneys for Cross-Defendant<br>COMERICA BANK, Successor to COMERICA |
| 10 | BANK – CALIFORNIA |

11  UNITED STATES DISTRICT COURT

12  NORTHERN DISTRICT OF CALIFORNIA

13  SAN JOSE DIVISION

| | | |
|---|---|---|
| 14 | EDWARD L. SCARFF, an individual;<br>NANCY V. SCARFF, an individual; | CASE NO.  C03-03394-JF-PVT<br>C03-04829-JF-PVT |
| 15 | SCARFF, SEARS & ASSOCIATES, a<br>California partnership; and PENTOGA | **ORDER GRANTING** |
| 16 | PARTNERS, a California partnership,, | **COMERICA BANK'S MOTION FOR**<br>**ADMINISTRATIVE RELIEF TO AMEND** |
| 17 | Plaintiffs, | **THE SCHEDULING AND TO PERMIT**<br>**COMERICA TO FILE A MOTION FOR** |
| 18 | v. | **PARTIAL SUMMARY ADJUDICATION**<br>**ON THE ISSUE OF DAMAGES** |
| 19 | WELLS FARGO BANK, N.A.;<br>COMERICA BANK; BANK OF | |
| 20 | AMERICA CORP; FIDELITY<br>NATIONAL TITLE CO.; COMPUTING | Date: |
| 21 | RESOURCES, INC.; INTUIT, INC.;<br>KELLY HVEGHOLM, an individual; | Time:<br>Judge:       Honorable Jeremy Fogel |
| 22 | CAROL BARBER, an individual; JOAN<br>BURTZEL, an individual; LISA | |
| 23 | CICCOTTI, an individual; and CAROL<br>HUANG, an individual,, | |
| 24 | Defendants. | |
| 25 | | |
| 26 | AND RELATED CROSS ACTION. | |
| 27 | | |
| 28 | | |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

447745.1

[PROPOSED] ORDER GRANTING COMERICA'S  MOTION FOR ADMINISTRATIVE RELIEF TO AMEND THE  SCHEDULING ORDER AND TO PERMIT COMERICA TO FILE A MOTION FOR PARTIAL SUMMARY ADJUDICATION ON THE ISSUE OF DAMAGES

1   Comerica Bank's Motion for Administrative Relief to Amend the Scheduling Order and to
2   Permit Comerica to File a Motion for Partial Summary Adjudication on the Issue of Damages
3   (hereinafter "Comerica's Motion") having been considered and upon consideration of the papers
4   filed in this action, and good cause appearing therefore,

5   IT IS HEREBY ORDERED THAT:

6   Comerica's Motion is GRANTED.  Comerica's Motion for Partial Summary Adjudication
7   on the Issue of Damages is hereby deemed filed.  The briefing schedule on Comerica's Motion
8   for Partial Summary Adjudication is as follows:

9   Scarff's Opposition to Comerica's Motion        Friday, December 23, 2005
10  Comerica's Reply to Scarff's Opposition         Friday, December 30, 2005.
11  The hearing on Comerica's Motion will take place on Friday, January 6, 2005 at 9:00 a.m.

13  IT IS SO ORDERED.

15  DATE: __12/12/05_____        __s/electronic signature authorized__
                                       HON. JEREMY FOGEL
16                                     U.S. DISTRICT COURT JUDGE

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

447745.1                              - 2 -
[PROPOSED] ORDER GRANTING COMERICA'S MOTION FOR ADMINISTRATIVE RELIEF TO AMEND THE SCHEDULING ORDER
AND TO PERMIT COMERICA TO FILE A MOTION FOR PARTIAL SUMMARY ADJUDICATION ON THE ISSUE OF DAMAGES