**E-filed 12/28/05**

1  JOSEPH N. DEMKO (State Bar #113104)
   JENNIFER COLEMAN (State Bar # 213210)
2  JEFFER, MANGELS, BUTLER & MARMARO LLP
   Two Embarcadero Center, Fifth Floor
3  San Francisco, CA 94111-3824
   Telephone: (415) 398-8080
4  Facsimile: (415) 398-5584

5  Attorneys for Defendant
   WELLS FARGO BANK, N.A.
6
   JONATHAN R. BASS (State Bar #075779)
7  SUSAN K. JAMISON (State Bar #131867)
   A. MARISA CHUN (State Bar # 160351)
8  REBECCA M. ARCHER (State Bar #202743)
   COBLENTZ, PATCH, DUFFY & BASS, LLP
9  One Ferry Building, Suite 200
   San Francisco, California 94111
10 Telephone: (415) 391-4800
   Facsimile: (415) 989-1663
11
   Attorneys for Defendants/Counterclaimants/Cross-Complainants
12 WELLS FARGO BANK, N.A, INTUIT INC., COMPUTING
   RESOURCES, INC., and Defendants LISA CICCOTTI and
13 CAROL BARBER

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                          SAN JOSE DIVISION

| | |
|---|---|
| 17 EDWARD L. SCARFF, an individual;<br>NANCY V. SCARFF, an individual;<br>18 SCARFF, SEARS & ASSOCIATES, a<br>California partnership; and PENTOGA<br>19 PARTNERS, a California partnership<br>20       Plaintiffs,<br>21    vs.<br>22 WELLS FARGO BANK, N.A.;<br>COMERICA BANK; BANK OF AMERICA<br>23 CORP.; COMPUTING RESOURCES, INC.;<br>INTUIT INC.; KELLY HVEGHOLM, an<br>24 individual; CAROL BARBER, an<br>individual; JOAN BURTZEL, an individual;<br>25 LISA CICCOTTI, an individual; and<br>CAROL HUANG, an individual;<br>26<br>       Defendants.<br>27<br>AND RELATED CLAIMS.<br>28 | Case Nos.   C03 03394 JF/PVT<br>             C03 04829 JF/PVT<br>             C03 05871 JF/PVT<br><br>**STIPULATION AND (PROPOSED)<br>ORDER EXTENDING PAGE LIMIT ON<br>REPLIES TO OPPOSITIONS TO<br>MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date:     January 6, 2006<br>Time:     9:00 a.m.<br>Judge:    Honorable Jeremy Fogel<br>Courtroom: 3 |

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CA 94111-4213
(415) 391-4800 • FAX (415) 989-1663

05441.104.297416v

1

Under the existing case management schedule, the replies to opposition to motions for summary judgment by defendants Wells Fargo Bank, N.A., Carol Barber, Intuit Inc., Computing Resources, Inc. and Lisa Ciccotti are to be no more than 20 pages in length. The parties agree that, in light of the number and complexity of the issues addressed in the motions for summary judgment, an additional five pages on the reply briefs would be desirable.

In light of the foregoing facts and circumstances, the undersigned counsel stipulate as follows:

Defendants may file a reply to plaintiffs' opposition not to exceed 25 pages in length.

Dated: December 20, 2005         COTCHETT, PITRE, SIMON & McCARTHY

By: /s/ Phil Gregory by /s/
PHILLIP GREGORY.
Attorneys for Plaintiffs EDWARD SCARFF, NANCY SCARFF, SCARFF, SEARS & ASSOCIATES, and PENTOGA PARTNERS

Dated: December 20, 2005         COBLENTZ, PATCH, DUFFY & BASS, LLP

By: /s/
JONATHAN R. BASS
Attorneys for Defendants WELLS FARGO BANK, INTUIT INC., COMPUTING RESOURCES, INC. CAROL BARBER and LISA CICCOTTI

ORDER

Pursuant to the stipulation of counsel, and good cause appearing, it is hereby ordered that: the page limits on defendants' reply briefs, shall be as set forth above.

Date: December 28 2005         /s/electronic signature authorized
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE