**E-Filed 1/3/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD L. SCARFF, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>        Defendants. | Case Number C 03-03394 JF (PVT)<br>                C 03-04829 JF (PVT)<br><br>ORDER[1] SETTING HEARING DATE AND BRIEFING SCHEDULE FOR COMERICA'S JOINDER WITH MOTION OF WELLS FARGO ET AL. TO EXCLUDE EXPERT DECLARATIONS |

      On December 16, 2005, Defendants Wells Fargo Bank, N.A ("Wells Fargo"), Carol Barber, Intuit Inc., Computing Resources, Inc., and Lisa Ciccotti filed a motion to exclude the expert declarations of John Britt ("Britt"), Vicki Lambert, and David Moore ("Moore") in support of summary judgment and at trial pursuant to Federal Rule of Civil Procedure 37(c)(1). On December 21, 2005, the Court granted the motion of Wells Fargo et al. to shorten time to hear this motion, scheduling the hearing for January 6, 2006. On December 30, 2005, Plaintiffs Edward L. Scarff, Nancy V. Scarff, Scarff, Sears & Associates, and Pentoga Partners filed

---

[1] This disposition is not designated for publication and may not be cited.

1  opposite to this motion.

2       On December 23, 2005, Defendant Comerica Bank ("Comerica") filed a joinder with the
3  motion of Wells Fargo et al. to exclude the declarations of Britt and Moore and a motion to
4  shorten time to hear this motion.  They join in the arguments made in the motion of Wells Fargo
5  et al.  Plaintiffs do not oppose the motion to shorten time to hear this motion.  Accordingly, the
6  court will GRANT Comerica's motion to shorten time to hear this motion.   This matter is
7  scheduled for hearing at 9:00 am on Friday, January 6, 2006.  Plaintiffs may file an opposition to
8  Comerica's motion to exclude the declarations of Britt and Moore not later than January 4, 2005
9  at 5:00 pm.  Comerica may file a reply not later than January 5, 2005 at 3:00 pm.

10       IT IS SO ORDERED.

12  DATED: January 3, 2006

15                              /s/ electronic signature authorized
                             JEREMY FOGEL
                             United States District Judge

Case No. C 03-03394 JF (PVT) and C 03-04829 JF (PVT)
ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE FOR COMERICA'S JOINDER WITH MOTION
OF WELLS FARGO ET AL. TO EXCLUDE EXPERT DECLARATIONS
(JFLC1)

| | | |
|---|---|---|
| 1 | This Order has been served upon the following persons: | |
| 2 | Rebecca M. Archer | EfilingRMA@cpdb.com, rmg@cpdb.com |
| 3 | Jonathan R. Bass | EfilingJRB@cpdb.com, mjc@cpdb.com |
| 4 | William Bates , III | bill.bates@bingham.com |
| 5 | Carolyn Chang | cchang@fenwick.com, vschmitt@fenwick.com |
| 6 | A. Marisa Chun | EfilingAMC@cpdb.com, pjd@cpdb.com |
| 7 | Joseph W. Cotchett | plee@cpsmlaw.com, |
| 8 | Joseph N. Demko | JND@JMBM.com, eap@jmbm.com |
| 9 | John W. Easterbrook | jwe@hopkinscarley.com, dgraff@hopkinscarley.com |
| 10 | William Henry Gavin | gavin@gclitigation.com, |
| 11 | Philip L. Gregory | pgregory@cpsmlaw.com, jacosta@cpsmlaw.com |
| 12 | Alan F. Hunter | hunter@gclitigation.com, |
| 13 | Susan K. Jamison | EfilingSKJ@cpdb.com, aaa@cpdb.com |
| 14 | William S. Klein | bklein@hopkinscarley.com, ttellez@hopkinscarley.com |
| 15 | Martin H. Kresse | mkresse1@earthlink.net, |
| 16 | C. Laine Lucas | lainelucas@bindermalter.com, |
| 17 | Frank M. Pitre | fpitre@cpsmlaw.com, mnewman@cpsmlaw.com |
| 18 | Elizabeth C Pritzker | epritzker@cpsmlaw.com, zml@girardgibbs.com |
| 19 | Dori Lynn Yob | dyob@hopkinscarley.com, ash@hopkinscarley.com |

Jennifer Coleman
Jeffer Mangels Butler & Marmaro LLP
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94111-3824

Tod C. Gurney
Hopkins & Carley
70 S. First Street
San Jose, CA 95113
tgurney@hopkinscarley.com, ttellez@hopkinscarley.com

Nanci E. Nishimura
Cotchett Pitre Simon & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010

3

Case No. C 03-03394 JF (PVT) and C 03-04829 JF (PVT)
ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE FOR COMERICA'S JOINDER WITH MOTION
OF WELLS FARGO ET AL. TO EXCLUDE EXPERT DECLARATIONS
(JFLC1)