\*\*E-Filed 1/13/06\*\*

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| EDWARD L. SCARFF, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>    Defendants. | No. C 03-03394 JF (PVT)<br>    C 03-04829 JF (PVT)<br>    C 03-05871 JF (HRL)<br><br>ORDER GRANTING REQUEST FOR TEMPORARY ABEYANCE OF PRE-TRIAL DEADLINES & SETTING BRIEFING SCHEDULE |

Defendants' request for temporary abeyance of pre-trial deadlines is granted. Pursuant to the Memorandum of Intended Disposition, any motion to continue the trial date must be filed by January 18, 2006. Any opposition shall be filed by January 19, 2006. If any such motion is filed, it shall be heard on January 20, 2006 at 11:00 a.m., at which time the Court will also conduct a case management conference.

Dated: January 13, 2006

_____
JEREMY FOGEL
United States District Judge

Case No. C 03-03394 JF (PVT), C 03-04829 JF (PVT), and C 03-05871 JF (HRL)
ORDER GRANTING REQUEST FOR TEMPORARY ABEYANCE OF PRE-TRIAL DEADLINES & SETTING BRIEFING SCHEDULE
(JFLC1)

| | | |
|---|---|---|
| 1 | This Order has been served upon the following persons: | |
| 2 | Rebecca M. Archer | EfilingRMA@cpdb.com, rmg@cpdb.com |
| 3 | Jonathan R. Bass | EfilingJRB@cpdb.com, mjc@cpdb.com |
| 4 | William Bates , III | bill.bates@bingham.com |
| 5 | Geoffrey Scott Beckham | geoff.beckham@bingham.com, |
| 6 | Carolyn Chang | cchang@fenwick.com, vschmitt@fenwick.com |
| 7 | A. Marisa Chun | EfilingAMC@cpdb.com, pjd@cpdb.com |
| 8 | Joseph W. Cotchett | plee@cpsmlaw.com, |
| 9 | Joseph N. Demko | JND@JMBM.com, eap@jmbm.com |
| 10 | John W. Easterbrook | jwe@hopkinscarley.com, dgraff@hopkinscarley.com |
| 11 | Gilbert Eisenberg | g.eisenberg@sbcglobal.net, |
| 12 | William Henry Gavin | gavin@gclitigation.com, |
| 13 | Philip L. Gregory | pgregory@cpsmlaw.com, jacosta@cpsmlaw.com |
| 14 | Alan F. Hunter | hunter@gclitigation.com, |
| 15 | Susan K. Jamison | EfilingSKJ@cpdb.com, aaa@cpdb.com |
| 16 | William S. Klein | bklein@hopkinscarley.com, ttellez@hopkinscarley.com |
| 17 | Martin H. Kresse | mkresse1@earthlink.net, |
| 18 | C. Laine Lucas | lainelucas@bindermalter.com, |
| 19 | Julian W. Mack | pmack@ buchalter.com, |
| 20 | Frank M. Pitre | fpitre@cpsmlaw.com, mnewman@cpsmlaw.com |
| 21 | Elizabeth C Pritzker | epritzker@cpsmlaw.com, zml@girardgibbs.com |
| 22 | Dori Lynn Yob | dyob@hopkinscarley.com, ash@hopkinscarley.com |

23  Jennifer Coleman
    Jeffer Mangels Butler & Marmaro LLP
24  Two Embarcadero Center
    Fifth Floor
25  San Francisco, CA 94111-3824

26  Tod C. Gurney            tgurney@hopkinscarley.com, ttellez@hopkinscarley.com
    Hopkins & Carley
27  70 S. First Street
    San Jose, CA 95113

28

2

Case No. C 03-03394 JF (PVT), C 03-04829 JF (PVT), and C 03-05871 JF (HRL)
ORDER GRANTING REQUEST FOR TEMPORARY ABEYANCE OF PRE-TRIAL DEADLINES & SETTING
BRIEFING SCHEDULE
(JFLC1)

1  Nanci E. Nishimura
   Cotchett Pitre Simon & McCarthy
2  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
3
   Peter G. Bertrand
4  Buchalter Nemer Fields & Younger
   333 Market Street, 29th Floor
5  San Francisco, CA 94105-2130

6  Heinz Binder
   Binder & Malter LLP
7  2775 Park Avenue
   Santa Clara, CA 95050
8
   Robert G. Harris
9  Binder & Malter, LLP
   2775 Park Avenue
10 Santa Clara, CA 95050

11 USBC Manager-San Jose
   US Bankruptcy Court
12 280 South First Street
   Room 3035
13 San Jose, CA 95113

14 Arthur S. Weissbrodt
   U.S. Bankruptcy Court
15 280 South First Street
   Room 3035
16 San Jose, CA 95113

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 03-03394 JF (PVT), C 03-04829 JF (PVT), and C 03-05871 JF (HRL)
ORDER GRANTING REQUEST FOR TEMPORARY ABEYANCE OF PRE-TRIAL DEADLINES & SETTING BRIEFING SCHEDULE
(JFLC1)