| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | William S. Klein (State Bar No. 121792)<br>John W. Easterbrook (State Bar No. 173890)<br>Dori L. Yob (State Bar No. 227364)<br>HOPKINS & CARLEY<br>A Law Corporation<br>The Letitia Building<br>70 South First Street<br>San Jose, CA  95113-2406<br><br>*mailing address:*<br>P.O. Box 1469<br>San Jose, CA 95109-1469<br>Telephone:     (408) 286-9800<br>Facsimile:      (408) 998-4790<br><br>Attorneys for Cross-Defendant<br>COMERICA BANK, Successor to COMERICA BANK – CALIFORNIA | **E-filed 2/14/06** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD L. SCARFF, an individual; NANCY V. SCARFF, an individual; SCARFF, SEARS & ASSOCIATES, a California partnership; and PENTOGA PARTNERS, a California partnership,,<br><br>           Plaintiffs,<br><br>     v.<br><br>WELLS FARGO BANK, N.A.; COMERICA BANK; BANK OF AMERICA CORP; FIDELITY NATIONAL TITLE CO.; COMPUTING RESOURCES, INC.; INTUIT, INC.; KELLY HVEGHOLM, an individual; CAROL BARBER, an individual; JOAN BURTZEL, an individual; LISA CICCOTTI, an individual; and CAROL HUANG, an individual,,<br><br>           Defendants.<br><br>AND RELATED CROSS ACTION. | CASE NO.  C03-03394-JF-PVT<br>                       C03-04829-JF-PVT<br>AMENDED<br>**[PROPOSED]** ORDER GRANTING COMERICA BANK'S, WELLS FARGO BANK'S, CAROL BARBER'S AND JOAN BURTZEL'S MOTION TO CONTINUE THE TRIAL DATE |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

452958.1

[PROPOSED] ORDER GRANTING COMERICA BANK'S, WELLS FARGO BANK'S, CAROL BARBER'S AND JOAN BURTZEL'S MOTION TO CONTINUE THE TRIAL DATE

1  The Motion to Continue the Trial Date Brought By Comerica Bank, Wells Fargo Bank,
2  Carol Barber, and Joan Burtzel having been considered and upon consideration of the papers filed
3  in this action, and good cause appearing therefore,
4  IT IS HEREBY ORDERED THAT the Motion to Continue the Trial Date is GRANTED
5  and the Court adopts the following scheduling order:

| **Date** | **Description** |
|---|---|
| **Expert Discovery** | |
| February 10, 2006 (30 days after Scarff's reports identified as final) | Last date for Defendants to disclose their experts and reports pursuant to Fed. R. Civ. P. 26(a)(2)(A) and (B) |
| March 13, 2006 (30 days after Defendants' disclose expert reports) | Last date for Scarff to disclose the identity of his rebuttal experts and to disclose reports pursuant to Fed. R. Civ. P. 26(a)(2)(A) and (B) |
| April 3, 2006 (20 days after expert disclosures complete) | Expert discovery cut-off |
| April 10, 2006 (1 week after expert discovery cut-off) | Last date to file expert-related discovery motions |
| May 10, 2006 (30 days after expert discovery cut-off) | Last date for hearing on expert-related discovery motions |
| **Pretrial** | |
| May 12, 2006 (30 days before pretrial pursuant to the Court's Standing Order) | Last date to begin meet and confer on Pre-Trial Conference Statement. |
| June 2, 2006 (10 days before pretrial pursuant to the Court's Standing Order) | Last date to file a Pre-Trial Conference Statement. |
| ~~June 12, 2006~~ June 14, 2006 (30 days before trial) | Pre-Trial Conference; 9:30 a.m. |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

452958.1                                    - 2 -
[PROPOSED] ORDER GRANTING COMERICA BANK'S, WELLS FARGO BANK'S, CAROL BARBER'S AND JOAN BURTZEL'S
MOTION TO CONTINUE THE TRIAL DATE

1     **Trial**

2     ~~July 12, 2006~~  July 7, 2006     Trial Date

3     IT IS SO ORDERED.

5     DATE: ___1/24/06__ Amended 2/14/06     _____

6     HON. JEREMY FOGEL
    U.S. DISTRICT COURT JUDGE

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

452958.1     - 3 -

[PROPOSED] ORDER GRANTING COMERICA BANK'S, WELLS FARGO BANK'S, CAROL BARBER'S AND JOAN BURTZEL'S MOTION TO CONTINUE THE TRIAL DATE