1  William S. Klein (State Bar No. 121792)
   John W. Easterbrook (State Bar No. 173890)
2  Dori L. Yob (State Bar No. 227364)
   HOPKINS & CARLEY
3  A Law Corporation
   The Letitia Building
4  70 South First Street                                    **E-filed 4/4/06**
   San Jose, CA  95113-2406
5
   *mailing address:*
6  P.O. Box 1469
   San Jose, CA 95109-1469
7  Telephone:    (408) 286-9800
   Facsimile:    (408) 998-4790
8
   Attorneys for Plaintiff and Cross-Defendant
9  COMERICA BANK, Successor to
   COMERICA BANK – CALIFORNIA
10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                              SAN JOSE DIVISION

14  EDWARD L. SCARFF, an individual;          Case Nos.  C03 03394 JF PVT
    NANCY V. SCARFF, an individual;                      C03 04829 JF PVT
15  SCARFF, SEARS & ASSOCIATES, a
    California partnership; and PENTOGA       **STIPULATION TO CONTINUE EXPERT
16  PARTNERS, a California partnership,       DISCOVERY CUTOFF DATE AND
                                              ~~PROPOSED~~ ORDER**
17                 Plaintiffs,

18         v.

19  WELLS FARGO BANK, N.A.;
    COMERICA BANK; BANK OF
20  AMERICA CORP; FIDELITY
    NATIONAL TITLE CO.; COMPUTING
21  RESOURCES, INC.; INTUIT, INC.;
    KELLY HVEGHOLM, an individual;
22  CAROL BARBER, an individual; JOAN
    BURTZEL, an individual; LISA
23  CICCOTTI, an individual; and CAROL
    HUANG, an individual,,
24
                   Defendants.
25
    AND RELATED ACTIONS.
26

27

28

HOPKINS & CARLEY    298\460217.1
ATTORNEYS AT LAW
   SAN JOSE
            STIPULATION TO CONTINUE EXPERT DISCOVERY CUTOFF DATE AND PROPOSED ORDER

1      Whereas, on or about January 11, 2006, the Court entered a pretrial scheduling order ("Scheduling Order") based on the stipulation of the parties which provided for expert discovery to be concluded by April 3, 2006; and

4      Whereas, the parties have negotiated a schedule for expert depositions and document discovery but because of the schedules of the experts and attorneys, such schedule extends past the last date for expert discovery.

**Stipulation**

8      The parties hereby stipulate and agree that the cutoff date for expert discovery shall be continued to April 26, 2006.

10      Except as set forth herein, all other dates set forth in the Scheduling Order remain in force and effect without modification, including the date of the pre-trial conference and the trial date.

Dated: ~~March~~ April 3, 2006

HOPKINS & CARLEY
A Law Corporation

By: /s/ John W. Easterbrook
John W. Easterbrook
Attorneys for Plaintiff and Cross-Defendant COMERICA BANK, successor to COMERICA BANK – CALIFORNIA

Dated: ~~March~~ April 1, 2006

COBLENTZ, PATCH, DUFFY & BASS

By: /s/ Jonathan R. Bass  by AMC
Jonathan R. Bass
Attorneys for Defendants WELLS FARGO BANK, CAROL BARBER

Dated: March ___, 2006

JEFFER, MANGELS, BUTLER, MARMARO

By: _____
Joseph Demko
Attorneys for Defendant WELLS FARGO BANK

1     Whereas, on or about January 11, 2006, the Court entered a pretrial scheduling order
2 ("Scheduling Order") based on the stipulation of the parties which provided for expert discovery
3 to be concluded by April 3, 2006; and

4     Whereas, the parties have negotiated a schedule for expert depositions and document
5 discovery but because of the schedules of the experts and attorneys, such schedule extends past
6 the last date for expert discovery.

### Stipulation

8     The parties hereby stipulate and agree that the cutoff date for expert discovery shall be
9 continued to April 26, 2006.

10     Except as set forth herein, all other dates set forth in the Scheduling Order remain in force
11 and effect without modification, including the date of the pre-trial conference and the trial date.

Dated: March ____, 2006

HOPKINS & CARLEY
A Law Corporation

By:_____
John W. Easterbrook
Attorneys for Plaintiff and Cross-
Defendant COMERICA BANK, successor
to COMERICA BANK – CALIFORNIA

Dated: March ____, 2006

COBLENTZ, PATCH, DUFFY & BASS

By:_____
Jonathan R. Bass
Attorneys for Defendants WELLS FARGO
BANK, CAROL BARBER

Dated: March 31, 2006

JEFFER, MANGELS, BUTLER, MARMARO

By: /s/ Joseph Demko
Joseph Demko
Attorneys for Defendant WELLS FARGO
BANK

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

298\460217.1

- 2 -

STIPULATION TO CONTINUE EXPERT DISCOVERY CUTOFF DATE AND PROPOSED ORDER

| | | |
|---|---|---|
| 1 | Dated: March _____, 2006 | GAVIN & CUNNINGHAM |
| 2 | | |
| 3 | | By: _____/ s /_____ |
| 4 | | William Henry Gavin<br>Attorneys for Defendant KELLY HVEGHOLM |
| 5 | Dated: March _____, 2006 | |
| 6 | | |
| 7 | | By: _____/ s /_____ |
| 8 | | Martin H. Kresse<br>Attorneys for Defendant JOAN BURTZEL |
| 9 | Dated: March _____, 2006 | COTCHETT, PITRE, SIMON & McCARTHY |
| 10 | | |
| 11 | | By: _____/ s /_____ |
| 12 | | Philip Gregory<br>Attorneys for Plaintiffs EDWARD L. SCARFF, NANCY SCARFF, SCARFF, SEARS & ASSOCIATES, PENTOGA PARTNERS |

## ORDER

Pursuant to the foregoing stipulation of the parties,

IT IS SO ORDERED.

Dated: 4/4/06     By: _[signature]_
Hon. Jeremy Fogel
United States District Court Judge