**E-filed 3/8/07**

William S. Klein (State Bar No. 121792)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:   (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Plaintiff, Defendant and Counter-Defendant
COMERICA BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD L. SCARFF, an individual; NANCY W. SCARFF, an individual; SCARFF, SEARS & ASSOCIATES, a California partnership; and PENTOGA PARTNERS, a California partnership,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; COMERICA BANK; BANK OF AMERICA CORP.; FIDELITY NATIONAL TITLE CO.; COMPUTING RESOURCES, INC.; INTUIT INC.; KELLY HVEGHOLM, an individual; CAROL BARBER, an individual; JOAN BURTZEL, an individual; LISA CICCOTTI, an individual; and CAROL HUANG, an individual,<br><br>Defendants.<br><br>AND RELATED ACTIONS. | CASE NO.  C 03-03394 JF (PVT)<br>C 03-04829 JF (PVT)<br>C 03-05871 JF/PVT<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |

It is hereby stipulated by and between Plaintiff and Cross-Defendant Comerica Bank

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

238\517601.1
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL C 03-03394 JF (PVT)
C 03-04829 JF (PVT)

1  ("Comerica") and Joan Burtzel ("Burtzel") on the one hand and Edward L. Scarff, Nancy V.
2  Scarff, Sears & Associates and Pentoga Partners (the "Scarff Parties") on the other hand by and
3  through their respective counsel, that Comerica, Burtzel, and Scarff Parties PLG [Partners] have settled their
4  disputes and the issues before the Court in the above-referenced actions pursuant to the terms of a
5  Settlement Agreement entered into between Comerica, Burtzel and the Scarff Parties ("Settlement
6  Agreement").

7  It is therefore stipulated by and between Comerica, Burtzel and the Scarff Parties, through
8  their counsel of record and pursuant to the terms of the Settlement Agreement that:

9  1.  The Scarff Parties claims against Comerica and Burtzel, in the above-referenced
10  actions shall be dismissed with prejudice by order of this Court pursuant to the Federal Rule of
11  Civil Procedure 41, with each party bearing its, his, her, or their own costs and attorneys' fees;

12  2.  Comerica's claims against the Scarff Parties in the above entitled actions shall be
13  dismissed with prejudice by order of this Court pursuant to Federal Rule 41, with each party to
14  bear its, his, her, or their own costs and attorneys' fees; and

15  3.  The parties agree that this Court shall retain jurisdiction over this case to enforce
16  the terms of the Settlement Agreement.

17  Dated: January 26, 2007

COTCHETT, PITRE, SIMON & McCARTHY

By: /s/ Frank M. Pitre  For
Frank M. Pitre
Attorneys for EDWARD L. SCARFF,
NANCY V. SCARFF, SCARRRF, SEARS
& ASSOCIATES, and PENTOGA
PARTNERS

Dated: February 26, 2007

HOPKINS & CARLEY
A Law Corporation

By: /s/ Doni L. Yob
~~William S. Klein~~ Doni L. Yob
Attorneys for Plaintiff, Defendant and
Counter-Defendant
COMERICA BANK

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

238\517601.1
- 2 -
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL C 03-03394 JF (PVT)
C 03-04829 JF (PVT)

FROM : MARTIN KRESSE       FAX NO. : 5108652034       Jan. 25 2007 09:53AM P2

Dated: January 25, 2007

Martin H. Kresse
Attorney for Defendant JOAN BURTZEL

## ORDER

Pursuant to the Stipulation entered into by Comerica, Burtzel, and the Scarff Parties, as those terms are defined in the Stipulation, it is ordered that all claims by the Scarff Parties in the above-referenced actions against Comerica and Burtzel are dismissed, with prejudice, with each party bearing its, his, her or their own costs and attorneys' fees.

It is further ordered that Comerica's and Burtzel's claims against the Scarff Parties, in the above-referenced actions, are dismissed with prejudice, with each party bearing its, his, her or their own costs and attorneys' fees.

It is further ordered that the Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement.

Dated: 3/8/07

JEREMY FOGEL
United States District Court Judge

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

238\517601.1

- 3 -

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL C 03-03394 JF (PVT)
C 03-04829 JF (PVT)